UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kalalizi Madogo,

        Petitioner,

v.

Merrick B. Garland, *US Attorney General*;
Alejandro Mayorkas, *Secretary of Department of Homeland Security*; and
Kevin Raycraft, *Field Officer Director for the Minneapolis Field Office*,

        Respondents.

Civ. No. 25-2530 (JWB/LIB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on July 16, 2025. (Doc. No. 7.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

    1.    The July 16, 2025 Report and Recommendation (Doc. No. 7) is **ACCEPTED**; and

    2.    Plaintiff's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 11, 2025                                  *s/ Jerry W. Blackwell*
                                                                          JERRY W. BLACKWELL
                                                                          United States District Judge